1 | EDMUND G. BROWN JR.
Attorney General
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | ANN P. WATHEN
Deputy Attorney General
6 | State Bar No. 189314
   455 Golden Gate Avenue, Suite 11000
7 | San Francisco, CA 94102-7004
   Telephone: (415) 703-5972
8 | Fax: (415) 703-1234
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONNELL RAY HILL,** | C 07-3229 JSW (PR) |
| Petitioner, | **APPLICATION FOR FIRST EXTENSION OF TIME** |
| v. | |
| **V.M. ALMAGER, Warden,** | |
| Respondent. | |

Respondent respectfully requests an extension of 60 days, to and including February 29, 2008, in which to file an answer or motion to dismiss the petition for writ of habeas corpus. In support of this request I submit the attached declaration.

///
///
///
///
///
///

1   Dated:   December 24, 2007

2   Respectfully submitted,

3   EDMUND G. BROWN JR.
    Attorney General

4   DANE R. GILLETTE
    Chief Assistant Attorney General

5   GERALD A. ENGLER
    Senior Assistant Attorney General

6   

7   PEGGY S. RUFFRA
    Supervising Deputy Attorney General

8   
    /s/ Ann P. Wathen
9   ANN P. WATHEN
    Deputy Attorney General

10  Attorneys for Respondent

11  APW:apw
    SF2007403010
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Application For Extension Of Time - *Hill v. Almager* - C 07-3229 JSW

2