1    EDMUND G. BROWN JR.
Attorney General
2    DANE R. GILLETTE
Chief Assistant Attorney General
3    GERALD A. ENGLER
Senior Assistant Attorney General
4    PEGGY S. RUFFRA
Supervising Deputy Attorney General
5    ANN WATHEN
Deputy Attorney General
6    State Bar No. 189314
    455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
    Telephone: (415) 703-5972
8    Fax: (415) 703-1234
    Email: ann.wathen@doj.ca.gov
9    Attorneys for Respondent

10    IN THE UNITED STATES DISTRICT COURT

11    FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13

14    **RONNELL RAY HILL,**                          C 07-3229 JSW (PR)

15                              Petitioner,

16                v.                                **DECLARATION OF ANN P.
                                                    WATHEN**

17    **V.M. ALMAGER, Warden,**

18                              Respondent.

19         I, ANN P. WATHEN, declare as follows:

20         I am the Deputy Attorney General assigned to respond to the Order to Show Cause (OSC)

21    in the present case.  The state appeals were denied in 2005 and 2006.

22         As discussed below, I am requesting an additional 60 days to respond to the petition for

23    writ of habeas corpus in the instant case.  During the past two months, I have filed respondent's

24    briefs in *People v. Fikes* (A116181) on October 30, 2007, a motion to dismiss in *Ortega v. Subia* (C

25    07-4541 PJH (PR)) on October 31, 2007, an opposition in *John Doe v. Brown* (San Mateo County

26    Superior Court, Case No. 466503) on November 2, 2007, respondent's briefs in *People v. Gruber*

27    (H031005) on November 9, 2007, and *People v. Langan* (A116891) on November 15, 2007, a

28    motion to abate in *People v. Mata* (H031131) on November 27, 2007, respondent's brief in *People*

1    *v. May* (A117411) on November 28, 2007, and respondent's opposition in *In re Hemmes* (H032151)

2    on November 30, 2007.  I recently completed *People v. Shephard* (H030646), which is currently

3    being formatted by my secretary. I also presented an oral argument in the Ninth Circuit Court of

4    Appeal in *Hiskas v. Pliler* (06-16091) on December 6, 2007, which required several days of

5    preparation.  I am presently working on *People v. Wilkins* (H030882), for which the court has issued

6    a notice pursuant to California Rules of Court, rule 8.220(a).  With respect to the instant case, I have

7    obtained the file from storage and determined that the federal habeas petition is timely.  I have also

8    requested a copy of the state habeas petition filed with the California Supreme Court in case number

9    S147089 on October 4, 2006, so that I may determine if appellant has exhausted all of his claims.

10            WHEREFORE, respondent respectfully requests that the time for filing a response be

11   enlarged to February 29, 2008.

12            Dated:  December 24, 2007

13

14

15                                              /s/ Ann P. Wathen
                                                ANN P. WATHEN
16                                              Deputy Attorney General

17

18   APW:aw
     SF2007403010
19

20

21

22

23

24

25

26

27

28

Declaration Of Ann P. Wathen - *Hill v. Almager* - C 07-3229 JSW

2