IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONNELL RAY HILL,** | C 07-3229 JSW (PR) |
| Petitioner, | **[PROPOSED] SCHEDULING ORDER** |
| v. | |
| **V.M. ALMAGER, Warden,** | |
| Respondent. | |

    GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until February 29, 2008, to file an answer or motion to dismiss the petition for writ of habeas corpus. Petitioner may file and serve a traverse within 30 days of his receipt of the answer or an opposition to the motion to dismiss within 30 days of his receipt.

    DATED: _____

_____
United States District Judge