EDMUND G. BROWN JR.
Attorney General
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
ANN P. WATHEN
Deputy Attorney General
State Bar No. 189314
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5972
  Fax: (415) 703-1234
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONNELL RAY HILL,** | C 07-3229 JSW (PR) |
| Petitioner, | **APPLICATION FOR SECOND EXTENSION OF TIME** |
| v. | |
| **V.M. ALMAGER, Warden,** | |
| Respondent. | |

Respondent respectfully requests an extension of 60 days, to and including April 29, 2008, in which to file an answer or motion to dismiss the petition for writ of habeas corpus. In support of this request I submit the attached declaration.

///

///

///

///

///

///

Dated: February 25, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Ann P. Wathen
ANN P. WATHEN
Deputy Attorney General

Attorneys for Respondent

APW:apw
SF2007403010

Application For Extension Of Time - *Hill v. Almager* - C 07-3229 JSW

2