EDMUND G. BROWN JR.
Attorney General
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
ANN WATHEN
Deputy Attorney General
State Bar No. 189314
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5972
  Fax: (415) 703-1234
  Email: ann.wathen@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONNELL RAY HILL,**<br><br>                Petitioner,<br><br>v.<br><br>**V.M. ALMAGER, Warden,**<br><br>                Respondent. | C 07-3229 JSW (PR)<br><br>**DECLARATION OF ANN P. WATHEN** |

I, ANN P. WATHEN, declare as follows:

I am the Deputy Attorney General assigned to respond to the Order to Show Cause (OSC) in the present case. The state appeals were denied in 2005 and 2006.

As discussed below, I am requesting an additional 60 days to respond to the petition for writ of habeas corpus in the instant case. During the past two months, I have filed respondent's brief in *People v. Shephard* (H030646) on December 31, 2008; an ex parte application and a motion for reconsideration in *John Doe v. Brown* (San Mateo County Superior Court, Case No. 466503) on January 3, 2008; respondent's brief in *People v. Wilkins* (H030882) on January 23, 2008; a new and different motion for reconsideration, a motion for leave to amend, and an amended return in *John Doe v. Brown* (San Mateo County Superior Court, Case No. 466503) on January 25, 2008;

Declaration Of Ann P. Wathen - *Hill v. Almager* - C 07-3229 JSW

1  respondent's answer in *Washington v. T. Felker* (C 06-7660 MJJ (PR)) on February 11, 2008; and
2  respondent's answer in *Preston v. Campbell* (C 05-5154 RMW) on February 15, 2008.  I also
3  attended hearings in *John Doe v. Brown* (San Mateo County Superior Court, Case No. 466503) on
4  January 4 and 15, 2008, and presented an oral argument in *People v. Chun* (H030461) on February
5  21, 2008.  I recently completed respondent's brief in *People v. Maldonado* (H031506), which my
6  supervisor is currently reviewing.  I am presently working on respondent's brief in *People v. Helton*
7  (A115489), and preparing for an upcoming hearing in *John Doe v. Brown* (San Mateo County
8  Superior Court, Case No. 466503).  With respect to the instant case, I have obtained the file from
9  storage and determined that the federal habeas petition is timely.  I also recently obtained a copy of
10 the state habeas petition filed with the California Supreme Court (S147089) on October 4, 2006, and
11 have determined that appellant has exhausted his claims.

12         WHEREFORE, respondent respectfully requests that the time for filing a response be
13 enlarged to April 29, 2008.

14         Dated:  January 25, 2008

17                                                                       /s/ Ann P. Wathen
                                                                         ANN P. WATHEN
18                                                                       Deputy Attorney General

20 APW:aw
   SF2007403010

Declaration Of Ann P. Wathen - *Hill v. Almager* - C 07-3229 JSW