IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONNELL RAY HILL,** | C 07-3229 JSW (PR) |
| Petitioner, | **[PROPOSED] SCHEDULING ORDER** |
| v. | |
| **V.M. ALMAGER, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until April 29, 2008, to file an answer to the petition for writ of habeas corpus.  Petitioner may file and serve a traverse within 30 days of his receipt of the answer.

DATED: _____

_____
United States District Judge