1  EDMUND G. BROWN JR.
   Attorney General
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ANN P. WATHEN
   Deputy Attorney General
6  State Bar No. 189314
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-5972
8    Fax: (415) 703-1234
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONNELL RAY HILL,** | C 07-3229 JSW (PR) |
| Petitioner, | **APPLICATION FOR THIRD EXTENSION OF TIME** |
| v. | |
| **V.M. ALMAGER, Warden,** | |
| Respondent. | |

Respondent respectfully requests an extension of 60 days, to and including June 28, 2008, in which to file an answer to the petition for writ of habeas corpus. In support of this request I submit the attached declaration.

///

///

///

| | |
|---|---|
| 1 | Dated: April 25, 2007 |
| 2 | Respectfully submitted, |
| 3 | EDMUND G. BROWN JR.<br>Attorney General |
| 4 | DANE R. GILLETTE<br>Chief Assistant Attorney General |
| 5 | |
| 6 | GERALD A. ENGLER<br>Senior Assistant Attorney General |
| 7 | PEGGY S. RUFFRA<br>Supervising Deputy Attorney General |
| 8 | |
| 9 | /s/ Ann P. Wathen<br>ANN P. WATHEN<br>Deputy Attorney General |
| 10 | Attorneys for Respondent |

11  APW:apw
    SF2007403010
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Application For Extension Of Time - *Hill v. Almager* - C 07-3229 JSW

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Hill v. Almager, Warden**

No.:    **C 07-3229 JSW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>April 25, 2008</u>, I served the attached

**APPLICATION FOR THIRD EXTENSION OF TIME**

**DECLARATION OF ANN P. WATHEN**

**[PROPOSED] SCHEDULING ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Ronnell Ray Hill
V46928
C.S.P. Los Angeles County
P.O. Box 8457
Lancaster, CA 93539

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 25, 2008, at San Francisco, California.

|     M. Argarin     |     /s/ M. Argarin     |
| :---: | :---: |
| Declarant | Signature |

40246330.wpd