EDMUND G. BROWN JR.
Attorney General
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
ANN WATHEN
Deputy Attorney General
State Bar No. 189314
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5972
  Fax: (415) 703-1234
  Email: ann.wathen@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONNELL RAY HILL,** | C 07-3229 JSW (PR) |
| Petitioner, | |
| v. | **DECLARATION OF ANN P. WATHEN** |
| **V.M. ALMAGER, Warden,** | |
| Respondent. | |

I, ANN P. WATHEN, declare as follows:

I am the Deputy Attorney General assigned to respond to the Order to Show Cause (OSC) in the present case. The state appeals were denied in 2005 and 2006.

As discussed below, I am requesting an additional 60 days to respond to the petition for writ of habeas corpus in the instant case. During the past two months, I have filed respondent's briefs in *People v. Maldonado* (H031506) on March 7, 2008, *People v. Helton* (A115489) on April 1, 2008, and *People v. Colt* (A118129) on April 25, 2008. I am presently in the process of completing a writ of mandamus/prohibition in *John Doe v. Brown* (San Mateo County Superior Court, Case No. 466503). After completing the writ, I plan to work on respondent's opposition to petitioner's motion for summary judgment in *Calloway v. White* (C 02-05882 RMW), and

Declaration of Ann P. Wathen - *Hill v. Almager* - C 07-3229 JSW

1

1  respondent's brief in *People v. Kleder* (H031391), for which the court has issued a notice pursuant
2  to California Rules of Court, rule 8.220(a).  In the last 60 days, I also attended an all-day hearing
3  in *John Doe v. Brown* (San Mateo County Superior Court, Case No. 466503) on March 4, 2008, and
4  oral argument in *People v. Anderson* (H030461) on April 15, 2008.  With respect to the instant case,
5  I have obtained the file from storage as well as the state habeas petition filed with the California
6  Supreme Court (S147089) on October 4, 2006, and determined that petitioner has exhausted his
7  claims and that the federal habeas petition is timely.

8        WHEREFORE, respondent respectfully requests that the time for filing a response be
9  enlarged to June 28, 2008.

10        Dated:  April 25, 2008

13                          /s/ Ann P. Wathen
                        ANN P. WATHEN
14                          Deputy Attorney General

16  APW:aw
    SF2007403010

Declaration of Ann P. Wathen - *Hill v. Almager* - C 07-3229 JSW

2