**FILED**
MAY 06 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNELL RAY HILL,<br><br>                    Petitioner,<br><br>     v.<br><br>V.M. ALMAGER, Warden,<br><br>                    Respondent. | C 07-3229 JSW (PR)<br><br>~~[PROPOSED]~~ **SCHEDULING ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until June 28, 2008, to file an answer to the petition for writ of habeas corpus. Petitioner may file and serve a traverse within 30 days of his receipt of the answer.

DATED: MAY 06 2008

_____
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNELL RAY HILL,<br><br>      Plaintiff,<br><br>v.<br><br>V.M. ALMAGER et al,<br><br>      Defendant. | Case Number: CV07-03229 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ann P Wathen
CA State Attorney Generals Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Ronnell Ray Hill
C.S.P. Los Angeles County
P.O. Box 8457
V46928
Lancaster, CA 93539

Dated: May 6, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk