# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Hill v. Almager, Warden**

No.:  **C 07-3229 JSW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>June 26, 2008</u>, I served the attached

**ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Ronnell Ray Hill
V46928
C.S.P. Los Angeles County
P.O. Box 8457
Lancaster, CA 93539

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 26, 2008, at San Francisco, California.

|  M. Argarin  | /s/ M. Argarin |
|:---:|:---:|
| Declarant | Signature |

20118926.wpd