1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | GREGORY A. OTT
Deputy Attorney General
5 | ANN P. WATHEN, State Bar No. 189314
Deputy Attorney General
6 |  455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
7 | Telephone:  (415) 703-5972
Fax:  (415) 703-1234
8 | Email:  Ann.Wathen@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**RONNELL RAY HILL,**

Petitioner,

v.

**V.M. ALMAGER, Warden,**

Respondent.

C 07-3229 JSW (PR)

**NOTICE OF LODGING EXHIBITS**

Notice is hereby given that the following exhibits are lodged in support of respondent's Answer and Memorandum of Points and Authorities:

| | | |
|---|---|---|
| EXHIBIT 1 | Clerk's Transcript (2 vols.), *People v. Hill*, Monterey County Superior Court, Case No. S5031004 |
| EXHIBIT 2 | Reporter's Transcript (8 vols.), *People v. Hill*, Monterey County Superior Court, Case No. S5031004 |
| EXHIBIT 3 | Appellant's Opening Brief, *People v. Hill*, California Court of Appeal, Sixth Appellate District, Case No. H027710 |
| EXHIBIT 4 | Respondent's Brief, *People v. Hill*, California Court of Appeal, Sixth Appellate District, Case No. H027710 |
| EXHIBIT 5 | December 6, 2005, Opinion, *People v. Hill*, California Court of Appeal, Sixth Appellate District, Case No. H027710 |

Notice of Lodging Exhibits - *Hill v. Almager* (C 07-3229 JSW (PR))

1

| | | |
|---|---|---|
| EXHIBIT 6 | January 20, 2006, Petition for Review, *People v. Hill*, California Supreme Court, Case No. S140531 | |
| EXHIBIT 7 | February 26, 2006, Order, *People v. Hill*, California Supreme Court, Case No. S140531 | |
| EXHIBIT 8 | October 6, 2006, Petition for Writ of Habeas Corpus, California Supreme Court, Case No. S147089 | |
| EXHIBIT 9 | April 18, 2007, Order denying Petition for Writ of Habeas Corpus, California Supreme Court, Case No. S147089 | |

Dated: June 26, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

GREGORY A. OTT
Deputy Attorney General


/s/ Ann P. Wathen
ANN P. WATHEN
Deputy Attorney General
Attorneys for Respondent

20117932.wpd
SF2007403010

Notice of Lodging Exhibits - *Hill v. Almager* (C 07-3229 JSW (PR))

2