IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNELL RAY HILL,<br><br>    Petitioner,<br><br>vs.<br><br>V. M. ALMAGER, Warden,<br><br>    Respondent. | No. C 07-3229 JSW (PR)<br><br>**ORDER TERMINATING MOTIONS AND INSTRUCTIONS TO CLERK**<br><br>(Docket Nos. 21 & 22) |

    Petitioner, a prisoner of the State of California, filed this habeas corpus petition pursuant to 28 U.S.C. § 2254. The petition was denied on its merits and a certificate of appealability was denied on July 7, 2010. Petitioner thereafter filed two motions for an extension of time to file request for a certificate of appealability. Both motions were directed to the United States Court of Appeal for the Ninth Circuit. Petitioner never filed a notice of appeal. In light of his pro se status, the motions are construed as notices of appeal. The Clerk shall process the appeal and terminate the two motions (docket numbers 21 & 22) from this Court's docket.

    IT IS SO ORDERED.

DATED: FEB 2 3 2011

JEFFREY S. WHITE
United States District Judge